UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CRAIG PETERSON,<br>　　　　Plaintiff,<br><br>　　v.<br>ARBORWORKS, INC., et al.,<br>　　　　Defendants.<br>_____/ | No. C 11-3543 DMR<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　January 5, 2012<br>Mediator:　　Simon Frankel |

　　　IT IS HEREBY ORDERED that the request to excuse defendants' insurer representative from appearing in person at the January 5, 2012 mediation before Simon Frankel is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

December 11, 2011　　　　By:　　　　/s/ Elizabeth D. Laporte
Dated
　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California