UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG PETERSON,

        Plaintiff(s),

   v.

ARBORWORKS INC.,

        Defendant(s).
_____/

No. C-11-03543 DMR

**ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND MODIFYING BRIEFING SCHEDULE**

TO ALL PARTIES AND COUNSEL OF RECORD:

     The court is in receipt of Plaintiff's letter of March 7, 2012 informing the court of the parties' request to continue the hearing on the above motion. [*See* Docket No. 28.] Please be advised that the previously-noticed hearing date of March 22, 2012 on the Motion for Leave to File First Amended Complaint has been vacated. You are hereby notified that the hearing on the motion is set for **April 12, 2012 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing. The briefing schedule shall be as follows:

     Any reply shall be filed by no later than **March 29, 2012.**

     IT IS SO ORDERED.

Dated: March 7, 2012

                                                _____
                                                DONNA M. RYU
                                                United States Magistrate Judge